THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>YUSUF DESHAWN REEVES,<br>Defendant. | No. CR24-020-JNW<br><br>ORDER ALLOWING OUT-OF-DISTRICT TRAVEL |

THE COURT has considered Yusuf Deshawn Reeves's motion for out-of-district travel and the records in this case.

IT IS ORDERED that Mr. Reeves's may travel out-of-district from July 31, 2026, to August 18, 2026.

DATED this 31st day of July 2026.

JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Yusuf Reeves



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**